UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PAUL D. KOKSVIK,<br><br>                              Plaintiff,<br><br>         -against-<br><br>SHANNON T. MINUTOLO, et al.,<br><br>                              Defendant. | 24-cv-5229 (LTS)<br><br>CIVIL JUDGMENT |

    For the reasons stated in the September 27, 2024, order, this action is dismissed without prejudice.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:  September 30, 2024
           New York, New York

                                                  /s/ Laura Taylor Swain
                                                LAURA TAYLOR SWAIN
                                            Chief United States District Judge